IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
(Harrisonburg Division)

| | | |
|---|---|---|
| ROBERT LAMBRAIA | * | |
| AND | * | |
| MELANIE HADSOCK LAMBRAIA, | * | |
| | * | |
| *Plaintiffs,* | * | Civil Action No.: 5:24-cv-52 |
| | * | |
| v. | * | |
| | * | |
| NISSAN NORTH AMERICA, INC., | * | |
| | * | |
| *Defendant*. | | |

## JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE

Plaintiffs Robert Lambraia and Melanie Hadsock Lambraia ("Plaintiffs") and

Defendant Nissan North America, Inc. ("Defendant") respectfully submit this Notice of

Settlement and inform the Court as follows:

1.      Plaintiff and Defendant have reached a settlement agreement to resolve all

items in dispute and all claims against all parties in this matter.

2.      The parties are finalizing a confidential settlement agreement.

3.      Pursuant to the terms of the settlement, it may take up to 60 days for the

completion of the settlement, but once a confidential settlement agreement is executed

the parties anticipate filing a joint stipulation of dismissal with retained jurisdiction to

enforce the settlement.

4.      Based on the foregoing, the Parties respectfully request that all future

hearings and deadlines be vacated with the Court retaining jurisdiction of this case until

the completion of the settlement terms.

Respectfully Submitted:

/s/ James B. Feinman
James B. Feinman, Esq. (VSB # 28125)
James B. Feinman & Associates
1003 Church Street
PO Box 697
Lynchburg, Virginia 24505
434-846-7603 Telephone
434-846-0158 Facsimile
jb@jfeinman.com
*Counsel for Robert Lambraia*
*and Melanie Hadsock Lambraia*

/s/ Paul C. Kuhnel
Paul C. Kuhnel, Esq. (VSB #28151)
LEWIS BRISBOIS, BISGAARD & SMITH, LLP
10 South Jefferson Street, Suite 1100
Roanoke, VA 24011
(540) 266-3200 Telephone
(540) 283-0044 Facsimile
paul.kuhnel@lewisbrisbois.com
*Counsel for Nissan North America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ James B. Feinman
James B. Feinman, Esq. (VSB # 28125)
James B. Feinman & Associates
1003 Church Street
PO Box 697
Lynchburg, Virginia 24505
434-846-7603
jb@jfeinman.com
*Counsel for Robert Lambraia*
*and Melanie Hadsock Lambraia*